# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV388

| | |
|---|---|
| RONALD B. SCHMOLL, and ) <br> GERLIND R. SCHMOLL, JT TEN; ) <br> RONALD B. SCHMOLL ROTH IRA; ) <br> RONALD B. SCHMOLL ROLLOVER ) <br> IRA; and GERLIND R. SCHMOLL ) <br> ROLLOVER IRA, ) <br> ) <br> Petitioners, ) <br> ) <br> Vs. ) <br> ) <br> KENNETH J. PUJDAK, ) <br> ) <br> Respondent. ) <br> ) | **ORDER CONFIRMING** <br> **ARBITRATION AWARD** <br> **AND** <br> **DEFAULT JUDGMENT** |

**THIS MATTER** is before the Court on the Petitioner's motion to confirm the FINRA Arbitration Award and for entry of default judgment. *See* **Motion to Confirm FINRA Arbitration Award and for Judgment in Favor of Petitioners, filed April 17, 2008.** Entry of Default has been duly entered by the Clerk. *See* **Order of Default, filed April 13, 2009.**

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the FINRA Arbitration Award herein is hereby **AFFIRMED**, and the Petitioners shall have and recover of Respondent Kenneth J. Pujdak the

sum of **FORTY-FIVE THOUSAND, THREE HUNDRED NINETY-SEVEN DOLLARS ($45,397.00)** in compensatory damages; the sum of **ONE HUNDRED THIRTY-SIX THOUSAND, ONE HUNDRED NINETY-ONE DOLLARS ($136,191.00)** in punitive damages; and a non-refundable filing fee claim in the amount of **THREE HUNDRED DOLLARS ($300.00)**, for a total amount of **ONE HUNDRED EIGHTY-ONE THOUSAND, EIGHT HUNDRED, EIGHTY-EIGHT DOLLARS ($181,888.00)**, plus interest pursuant to N.C. Gen. Stat. §§ 24-1 and 24.5(a) at the rate of eight percent per annum from April 18, 2008, the date the arbitration award was entered, until paid in full.

Signed: May 12, 2009

Lacy H. Thornburg
United States District Judge